IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02362-BNB

JAMES SHERMAN,

    Plaintiff,

v.

[NO NAMED DEFENDANT],

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 19 2007

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff, James Sherman, initiated this action by submitting *pro se* a letter to the Court. The Court reviewed the letter and determined it was deficient. Therefore, on November 9, 2007, Magistrate Judge Boyd N. Boland entered an order directing the clerk of the Court to commence a civil action and directing Mr. Sherman to cure certain enumerated deficiencies in the case within thirty days if he wished to pursue his claims.

The November 9, 2007, order pointed out that Mr. Sherman failed either to pay the $350.00 filing fee or to submit on the proper, Court-approved form a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. The order also pointed out that Mr. Sherman failed to submit a Prisoner Complaint on the proper, Court-approved form. The order warned Mr. Sherman that if he failed to cure the designated deficiencies within thirty days, the action would be dismissed without prejudice and without further notice.

Mr. Sherman has failed within the time allowed to cure the deficiencies listed in the November 9, 2007, order or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the action is dismissed without prejudice for failure to cure and for failure to prosecute.

DATED at Denver, Colorado, this 18 day of December, 2007.

BY THE COURT:

Zita Weinshienk
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02362-BNB

James Sherman
Prisoner No. 58151
CTCF - CH 1
PO Box 1010
Cañon City, CO 81215- 1010

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 12/19/07

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk